Opinion issued February 9, 2012



In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-11-01092-CR

———————————

In re ALBERT beasley, Relator



 



 

Original Proceeding on Petition for Writ of Mandamus



 



MEMORANDUM OPINION

          Relator,
Albert Beasley, petitioned for writ of mandamus asking that we compel the trial
court to accept post-judgment bills of exceptions.[1]




 

          We deny the petition for writ of
mandamus.[2]Any pending motions are
dismissed as moot.

PER CURIAM

 

Panel consists of Justices Keyes, Bland, and Sharp.

Do not publish. 
Tex. R. App. P. 47.2(b).











[1]           The underlying case is Albert Beasely v. State of Texas, No.
10CR2663 (56th Dist. Ct., Galveston Cnty., Tex.), the Honorable Lonnie Cox,
presiding.

 





[2]           Relator has failed to comply with Texas
Rule of Appellate Procedure 52.3.In addition, relator is represented by counsel,
both at trial and on appeal.See Patrick
v. State, 906 S.W.2d 481, 498 (Tex. Crim. App. 1995) (holding that
appellant has no right to hybrid representation).